# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

<div style="border:1px solid black">

**FILED**

Mar 01, 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

</div>

**IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION**

MDL No. 2672

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −23)

On December 8, 2015, the Panel transferred 56 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2015). Since that time, 478 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of December 8, 2015, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

<div style="border:1px solid black">

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 29, 2016

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

</div>

FOR THE PANEL:

*Jeffery N. Lüthi*

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the annexed
instrument is a true and correct copy
of the original on file in my office.

ATTEST:
SUSAN Y. SOONG
Clerk, U.S. District Court
Northern District of California

by: *L. C. Santos*

Deputy Clerk

Date: 01 March 2016

**IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION**                    MDL No. 2672

### SCHEDULE CTO−23 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA SOUTHERN | | | |
| ~~ALS~~ | ~~1~~ | ~~16−00069~~ | ~~Wagner v. Volkswagen Group of America, Inc.~~ Opposed 2/24/16 |
| CALIFORNIA CENTRAL | | | |
| CAC | 8 | 16−00209 | Seyed Sadeghi v. Volkswagen Aktiengesellschaft |
| CALIFORNIA EASTERN | | | |
| CAE | 2 | 16−00272 | Glenn v. Volkswagen Group of America, Inc., et al., |
| IDAHO | | | |
| ID | 4 | 16−00072 | Lott v. Volkswagen Group of America Inc |
| LOUISIANA MIDDLE | | | |
| LAM | 3 | 16−00096 | Viola v. Volkswagen of America, Inc. et al |
| MARYLAND | | | |
| ~~MD~~ | ~~1~~ | ~~16−00443~~ | ~~Earle v. Volkswagen Group of America, Inc. et al~~ Opposed 2/24/16 |
| MASSACHUSETTS | | | |
| MA | 1 | 16−10242 | Gotta v. Porsche Cars North America, Inc. et al |
| MINNESOTA | | | |
| MN | 0 | 16−00396 | Werner et al v. Eich Motor Company, Inc. et al |
| PENNSYLVANIA EASTERN | | | |
| ~~PAE~~ | ~~5~~ | ~~16−00694~~ | ~~LAWRENCE v. VOLKSWAGEN GROUP OF AMERICA, INC. et al~~ Opposed 2/26/16 |
| ~~PAE~~ | ~~5~~ | ~~16−00727~~ | |

~~BOWERS et al v. VOLKSWAGEN GROUP OF~~
~~AMERICA, INC. et al~~ Opposed 2/26/16